UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | LACV 05-04546-CJC(RZx) | Date | March 14, 2008 |
|---|---|---|---|

| Title | Benedict J. Taravella v. Tri-Marine Fishing Management LLC, et al |
|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Michelle Urie | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**Proceedings:**   ( IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been advised by counsel that this action has been settled by Notice of Settlement filed on December 17, 2007, hereby orders this action dismissed without prejudice.

The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

JS  :  0

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.   LACV 05-04546-CJC(RZx)                              Date   March 14, 2008

Title   Benedict J. Taravella v. Tri-Marine Fishing Management LLC, et al

Initials of Preparer   MU